IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Best Medical International, Inc. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:10-cv-1043-TFM |
| v. | ) | |
| | ) | |
| Accuray, Inc. | ) | |
| | ) | |
| Defendant. | ) | |

## BEST MEDICAL'S IDENTIFICATION OF EXTRINSIC EVIDENCE

Pursuant to LPR 4.3 the Second Amended Case Management Order (Dkt. No. 130), Plaintiff, Best Medical International, Inc. ("Best Medical") submits this Identification of Extrinsic Evidence.

| EXHIBIT | DESCRIPTION |
|---|---|
| 1. | Selected pages from Webster's Third New International Dictionary, Merriam-Webster, Inc., © 1993. |
| 2. | Selected pages from Webster's Third New International Dictionary, Merriam-Webster, Inc., © 2002, http://www.mwu.eb. |
| 3. | Selected pages from Webster's Ninth New Collegiate Dictionary, Merriam-Webster, Inc., © 1988. |
| 4. | Selected pages from American Heritage College Dictionary, 3rd Ed., © 1993, 1997, 2000. |
| 5. | Kilby et al., "The CyberKnife Robotic Radiosurgery System in 2010", *Technology in Cancer Research and Treatment*, ISSN 1533-0346, Vol. 9, No. 5, October 2010. |

- 2 -

Respectfully submitted,

Dated: <u>March 8, 2012</u>   By: <u>*/s/ Eric G. Soller*</u>
Eric G. Soller, Esq.
Alan G. Towner, Esq.
PIETRAGALLO, BOSICK & GORDON LLP
38th Floor, One Oxford Centre
Pittsburgh, PA  15219
egs@pietragallo.com
agt@pietragallo.com

Brit D. Groom, Esq.
Idaho State Bar No.: 3968
Virginia State Bar No.: 80003
7643 Fullerton Road
Springfield, VA  22153
bgroom@teambest.com

*Counsel for Plaintiff, Best Medical International, Inc.*

## CERTIFICATE OF SERVICE

I certify that on the 8th day of March, 2012, I served the foregoing via electronic mail only on the following:

Madison C. Jellins, Esq.
Janice A. Christensen, Esq.
Helix IP, LLP
400 Seaport Court, Suite 105
Redwood City, CA  94063
Email: mjellins@helixip.com
Email: jchristensen@helixip.com

Kirsten R. Rydstrom, Esq.
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA  15222
Email: krydstrom@reedsmith.com

By: */s/ Eric G. Soller*
Eric G. Soller, Esquire
*Counsel for Plaintiff, Best Medical International, Inc.*