IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Best Medical International, Inc. | ) |
| | ) |
| Plaintiffs, | ) |
| | )   2:10-cv-1043 |
| v. | ) |
| | ) |
| Accuray, Inc. | ) |
| | ) |
| Defendant. | ) |

ORDER OF COURT

AND NOW, this 24th day of April, 2012, upon consideration of the UNOPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY BRIEF IN EXCESS OF PAGE LIMITATIONS, it is hereby ORDERED that said motion is GRANTED.

It is further ORDERED that:

1. Defendant may file a Sur-Reply to Best Medical's Reply to Accuray's Responsive Claim Construction Brief and Notice of Objections to Accuray's Identification of Extrinsic Evidence of no more than 45 pages.

It is so ORDERED.

BY THE COURT:

s/ Terrence F. McVerry
The Honorable Terrence F. McVerry
United States District Court Judge