IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

BEST MEDICAL INTERNATIONAL, INC.

                Plaintiff,                Case No.:2:10-CV-1043 (TFM)

vs.

ACCURAY, INC., a corporation,

                Defendant.

## MOTION TO WITHDRAW APPEARANCE

COMES NOW, Brit D. Groom, and hereby files this Motion to Withdraw as one of the attorney's of record for Plaintiff Best Medical International, Inc.  Eric G. Soller, Alan G. Towner and the law firm of Pietragallo Gordon Alfano Bosick & Raspanti, LLP have entered their appearance on behalf of the aforementioned  Plaintiff on a previous occasion, and they will continue their representation.

Dated this 9th day of August, 2012

                                                      Respectfully submitted

                                                      By: /s/ *Brit D. Groom*
                                                      Brit D Groom, Esq
                                                      Idaho State Bar No.: 3968
                                                      Virginia State Bar No.: 80003
                                                      7643 Fullerton Rd.
                                                      Springfield, VA  22153
                                                      703 451 2378, Ext 216
                                                      Fax 703-541-8421
                                                      bgroom@teambest.com

## CERTIFICATE OF SERVICE

  I certify that on the 9th day of August, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to counsel of record.

            By: /s/ *Brit D. Groom*
            Brit D Groom, Esq
            Attorney for Plaintiff