IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEST MEDICAL INTERNATIONAL, INC.<br><br>               Plaintiff,<br><br>vs.<br><br>ACCURAY, INC., a corporation;<br><br>               Defendant. | Case No. 2:10-CV-1043 (TFM) |

**PROPOSED ORDER**

AND NOW, this <u>21st</u> day of <u>September</u>, 2012, upon consideration of Defendant's Unopposed Motion For Extension Of Time To File Objections And/Or A Motion To Modify The Special Master's Report And Recommendation On Claim Construction and For Leave To Exceed The Page Limitations, it is hereby **ORDERED** that Defendant's Unopposed Motion is **GRANTED**.

The deadline to file objections to --- or a motion to adopt or modify – the Special Master's Report shall be October 17, 2012 .

The deadline to file a response to such objection or motion shall be November 6, 2012.

The parties have leave to exceed the ten (10) page limitation for such objections and responses.

                                              BY THE COURT:

                                              s/ Terrence F. McVerry
                                              Terrence F. McVerry
                                              District Judge