IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Best Medical International, Inc. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 2:10-cv-1043 |
| v. | ) | |
| | ) | |
| Accuray, Inc. | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF CHANGE OF FIRM NAME, FIRM ADDRESS AND E-MAIL ADDRESSES**

TO THE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT effective September 25, 2012, Madison C. Jellins and Janice A. Christensen, counsel for Accuray Incorporated, have changed the name of their firm from HelixIP LLP to Jellins Christensen LLP and have relocated their office from 400 Seaport Court, Suite 400, Redwood City, California 94062 to:

Jellins Christensen LLP
228 Hamilton Avenue, 3rd Floor
Palo Alto, California 94301

And

Jellins Christensen LLP
50 Main Street, Suite 100
White Plains, NY 10606

With the name change, their e-mail addresses have also changed. Telephone and facsimile numbers remain the same. Their new e-mail addresses are:

Madison Jellins: mjellins@jciplaw.com

Janice Christensen: jchristensen@jciplaw.com


Dated: October 18, 2012

                                                                                  Respectfully submitted,

*/s/ Kirsten R. Rydstrom*
KIRSTEN R. RYDSTROM, ESQ.
PA ID. No. 76549
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA  15222
412-288-7284


MADISON C. JELLINS, ESQ.
Jellins Christensen, LLP
228 Hamilton Avenue, 3rd Floor
Palo Alto, California 94301

JANICE A. CHRISTENSEN, ESQ.
Jellins Christensen LLP
50 Main Street, Suite 100
White Plains, NY 10606

Counsel for Defendant Accuray Incorporated

CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2012, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Western District of Pennsylvania, using the electronic case filing system of the court. The electronic case filing system will send notice of such filing to all counsel of record. Counsel may access such documents using the Court's system.

By: */s/ Kirsten R. Rydstrom*
    *Kirsten R. Rydstrom. Attorney for*
    *Defendant Accuray Incorporated*