IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEST MEDICAL INTERNATIONAL, INC.<br><br>      Plaintiff,<br><br>vs.<br><br>ACCURAY, INC., a corporation;<br><br>      Defendant. | Case No. 2:10-CV-1043 (TFM) |

ORDER OF COURT

  AND NOW, this __8th__ day of __November__, 2012, upon consideration of Defendant's Motion for Leave to File a Reply Brief in Support of its Objections to the Special Master's Report and Recommendation on Claim Construction, it is hereby ORDERED that Defendant's Motion is GRANTED and Accuray Incorporated shall file a Reply Brief on or before November 19, 2012.

            BY THE COURT:

            s/ Terrence F. McVerry
             Terrence F. McVerry
             District Judge