**PROPOSED ORDER**

AND NOW, this _____ day of _____, 2012, upon consideration of

Defendant's Motion to Modify the Deadline for Completing Mediation under the Court's

Scheduling Order, it is hereby **ORDERED** that Defendant's Motion is **GRANTED.** The

parties shall complete Alternative Dispute Resolution Mediation on or before April 11, 2013.

The Court appoints former Chief Judge Donald Ziegler as the mediator, as agreed upon by the

parties. On or before February 15, 2013, the parties shall confirm a date for the mediation and

each party shall identify to the other side its representative who will be attending the mediation.


BY THE COURT:


_____
Terrence F. McVerry
District Judge