IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEST MEDICAL INTERNATIONAL, INC., | ) ) ) | |
| PLAINTIFF, | ) ) | 2:10-cv-1043-TFM |
| v. | ) ) ) | Filed Electronically |
| ACCURAY, INC., | ) ) | |
| DEFENDANT. | | |

## BEST MEDICAL INTERNATIONAL, INC.'S RESPONSE TO ACCURAY'S MOTION TO MODIFY THE DEADLINE FOR COMPLETING MEDIATION

Plaintiff, Best Medical, Inc., provides the following response to Accuray's Motion to Modify the Deadline for Completing Mediation (Doc. No. 167), stating as follows:

1. Best Medical does not object to the relief sought by Accuray in its Motion, including extending the date to conduct the mediation to March 25, 2013.

2. However, Best Medical desired to schedule a mediation session as close as possible to the original February 11, 2013 deadline set by the Court's previous Order.

3. To this end, Best Medical has learned that Judge Ziegler also is available on March 7th to conduct the mediation in this case.

4. Accordingly, if the parties and their counsel are available, Best Medical would respectfully request that the mediation be scheduled for March 7, 2013.

5. Otherwise, if the parties cannot conduct the mediation on March 7th, Best Medical agrees to be available for the mediation on the date set forth in Accuray's Motion.

//

//

#2455334v1

Respectfully submitted,

Dated: February 11, 2013          By: */s/ Eric G. Soller*

                                                    Eric G. Soller, Esq.
                                                    Alan G. Towner, Esq.
                                                    PIETRAGALLO GORDON ALFANO BOSICK &
                                                    RASPANTI, LLP
                                                    38th Floor, One Oxford Centre
                                                    Pittsburgh, PA  15219
                                                    egs@pietragallo.com
                                                    agt@pietragallo.com

*Counsel for Plaintiff, Best Medical International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to the following:

>Madison C. Jellins, Esq.
>Janice A. Christensen, Esq.
>Helix IP, LLP
>228 Hamilton Avenue
>Third Floor
>Palo Alto, CA 94301
>Email: mjellins@jciplaw.com
>Email: jchristensen@jciplaw.com
>
>Kirsten R. Rydstrom, Esq.
>Reed Smith LLP
>225 Fifth Avenue
>Pittsburgh, PA 15222
>Email: krydstrom@reedsmith.com

By: /s/ Eric G. Soller
*Counsel for Plaintiff, Best Medical International, Inc.*