IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEST MEDICAL INTERNATIONAL, INC., <br> Plaintiff, <br><br> v <br><br> ACCURAY, INC., *a corporation*, <br> Defendant. | ) <br> ) <br> ) <br> ) 2:10-cv-1043 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER OF COURT

AND NOW, this 12th day of February, 2013, upon consideration of Defendant's Motion to Modify the Deadline for Completing Mediation under the Court's Scheduling Order, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**. The parties shall complete Alternative Dispute Resolution Mediation **on or before April 11, 2013** (with consideration of the Plaintiff's suggested date of March 7, 2013). The Court appoints former Chief Judge Donald Ziegler as the mediator, as agreed upon by the parties. **On or before February 19, 2013**, the parties shall confirm a date for the mediation and each party shall identify to the other side its representative who will be attending the mediation.

BY THE COURT:

s/Terrence F. McVerry
United States District Judge

cc: **Gale R. Peterson, Special Master**
Email: grpeters@coxsmith.com

**Eric P. Reif, Esquire**
Email: epr@pietragallo.com
**Eric G. Soller , Esquire**
Email: egs@pbandg.com

**Kirsten R. Rydstrom, Esquire**
Email: krydstrom@reedsmith.com
**Janice A. Christensen, Esquire**
Email: janice.christensen@alston.com
**Madison C. Jellins, Esquire**
Email: madison.jellins@alston.com