IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Best Medical International, Inc. | ) |
| | ) |
| Plaintiff, | ) |
| | )   2:10-cv-1043-TFM |
| v. | ) |
| | )   Filed Electronically |
| Accuray, Inc. | ) |
| | ) |
| Defendant. | ) |

ORDER OF COURT

AND NOW, this 20th day of March, 2013, upon consideration of Best Medical International, Inc.'s ("Best Medical") MOTION FOR LEAVE TO FILE RESPONSE BRIEF AND EXHIBITS UNDER SEAL it is hereby ORDERED that said motion is **GRANTED**.

It is further ORDERED that:

1. Best Medical's Response Brief to Accuray's Motion to Strike and Preclude BMI's Infringement Contentions Under the Doctrine of Equivalents may be filed under seal; and,

2. Exhibits 1 and 2 to Best Medical's Response Brief to Accuray's Motion to Strike and Preclude BMI's Infringement Contentions Under the Doctrine of Equivalents may be filed under seal.

It is so ORDERED.

BY THE COURT:

s/ Terrence F. McVerry

The Honorable Terrence F. McVerry
United States District Court Judge