IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEST MEDICAL INTERNATIONAL, INC., | ) ) ) | |
| PLAINTIFF, | ) ) | 2:10-cv-1043-TFM |
| v. | ) ) | Filed Electronically |
| ACCURAY, INC., | ) ) ) | |
| DEFENDANT. | | |

**PLAINTIFF BEST MEDICAL INTERNATIONAL, INC.'S
<u>MOTION FOR LEAVE TO FILE REPLY BRIEF</u>**

Best Medical International, Inc. ("Best Medical"), respectfully submits this Motion for Leave to File a Reply Brief in Support of its Motion For Protective Order Regarding Accuray's First Set of Requests for Admission (Nos. 1-106), and in support thereof states as follows:

1. On April 4, 2013, Best Medical filed a Motion for Protective Order Regarding Accuray's First Set of requests for Admission (Nos. 1-106). See Dkt. No. 185.

2. On April 11, 2013, Accuray filed an Opposition to Best Medical's Motion for Protective Order. <u>See</u> Dkt. No. 186.

3. Best Medical requests the opportunity to submit a reply brief to respond to the new legal and factual arguments made in Accuray's opposition.

4. Best Medical's proposed six-page Reply Brief is attached hereto as Exhibit A.

5. No prejudice will result to Accuray if Best Medical is granted leave to file the attached Reply Brief.

6. A proposed Order is attached.

WHEREFORE, based upon the above, Best Medical respectfully requests that this Court enter an Order granting it leave to file the Reply Brief attached hereto as Exhibit A.

Respectfully submitted,

Dated: April 15, 2013     By: **/s/ Douglas M. Hall**

Eric G. Soller, Esq.
Alan G. Towner, Esq.
Douglas M. Hall, Esq.
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
38th Floor, One Oxford Centre
Pittsburgh, PA  15219
egs@pietragallo.com
agt@pietragallo.com
dmh@pietragallo.com

*Counsel for Plaintiff, Best Medical International, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to the following:

Madison C. Jellins, Esq.
Janice A. Christensen, Esq.
Jellins Christensen LLP
228 Hamilton Avenue
Third Floor
Palo Alto, CA 94301
Email: mjellins@jciplaw.com
Email: jchristensen@ jciplaw.com

Kirsten R. Rydstrom, Esq.
Reed Smith LLP
225 Fifth Avenue
Suite 1200
Pittsburgh, PA  15222
Email: krydstrom@reedsmith.com

By: */s/ Douglas M. Hall*

*Counsel for Plaintiff, Best Medical International, Inc.*