IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BEST MEDICAL INTERNATIONAL, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **2:10-cv-1043-TFM** |
| v. ) | |
| ) | |
| **ACCURAY, INC.**, *a corporation*, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## FOURTH AMENDED CASE MANAGEMENT/SCHEDULING ORDER

**AND NOW**, this  21st  day of January, 2014, **IT IS ORDERED** that this action is subject to the Local Patent Rules of this Court for pretrial proceedings and all provisions of the Rules will be strictly enforced.

**IT IS ALSO ORDERED** that counsel shall confer with their clients prior to all case management/scheduling, status, or pretrial conferences to obtain authority to participate in settlement negotiations which may be conducted or ordered by the Court.

**IT IS FURTHER ORDERED** that compliance with provisions of Local Rule 16.1 and the Local Patent Rules shall be completed as follows:

(1) Responses to any non-dispositive motion are due within seven (7) calendar days of the filing of said motion with the Clerk of Court;

(2) The parties shall complete fact discovery by **January 17, 2014**, except for fact depositions, which may be completed after the January 17, 2014 deadline for completion of fact discovery;

(3) Each party shall make its initial expert witness disclosures, as required under Fed.R.Civ.P 26, no later than thirty (30) days after the close of fact discovery;

(4) Rebuttal expert witness disclosures are to be made no later than thirty (30) days after the service of initial expert witness disclosures;

(5) Depositions of expert witnesses, if any, shall be completed no later than forty-five (45) days after the service of rebuttal expert witness disclosures; and

(6) The Court shall conduct a Post-Discovery Status Conference following the completion of fact discovery on a date to be scheduled by the Court in Courtroom 6C, United States Courthouse, Pittsburgh, Pennsylvania, and all trial counsel **must** attend.

The parties shall be prepared at that time to schedule deadlines for the filing of summary judgment motions, pretrial statements, motions *in limine* and *Daubert* motions, as well as dates for the pretrial conference and trial.

BY THE COURT:

s/ Terrence F. McVerry
_____
TERRENCE F. MCVERRY
SENIOR DISTRICT JUDGE

cc:
**Eric G. Soller, Esquire**
Email: egs@pietragallo.com
**Alan G. Towner, Esquire**
Email: agt@pietragallo.com
**Douglass Hall, Esquire**
E-mail: dmh@pietragallo.com
**Kirsten R. Rydstrom, Esquire**
Email: krydstrom@reedsmith.com
**Janice A. Christensen, Esquire**
Email: janice.christensen@jciplaw.com
**Madison C. Jellins, Esquire**
Email: nmcjellins@jciplaw.com