IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BEST MEDICAL INTERNATIONAL, INC.,** )<br>Plaintiff, )<br>)<br>v )<br>)<br>**ACCURAY, INC.**, *a corporation*, )<br>Defendant. ) | 2:10-cv-1043 |

## MEMORANDUM ORDER

Pending before the Court is DEFENDANT ACCURAY INCORPORATED'S MOTION FOR CLARIFICATION AND MODIFICATION OF THE COURT'S JANUARY 24, 2014 ORDER (ECF No. 216).  No response or clarification is necessary and the motion is **DENIED.**

The case has been **STAYED**.

SO ORDERED this 31st day of January, 2014.

BY THE COURT:

s/Terrence F. McVerry
United States District Judge

cc: All counsel of record (Via CM/ECF).

**Counsel for Accuray shall provide expedited copies of this Order to BMI and proposed replacement counsel.**

For BMI:
   **Eric Soller, Esquire**
   **Douglas M. Hall, Esquire**

For Accuray:
   **Kirsten R. Rydstrom, Esquire**
   **Janice A. Christensen, Esquire**
   **Madison C. Jellins, Esquire**