IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEST MEDICAL INTERNATIONAL, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ACCURAY, INC.<br><br>    Defendant. | CIVIL ACTION NO. 2:10-cv-1043-TFM |

## NOTICE OF APPEARANCE OF ANTHONY H. SON

Notice is hereby given that the undersigned attorney, Anthony H. Son, enters his appearance in this matter for Plaintiff Best Medical International, Inc. as counsel of record.

Dated: March 1, 2014

Respectfully submitted,

    /s/  Anthony H. Son
Anthony H. Son
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC 20006
Telephone: (202) 719-7000
Fax: (202) 719-7049
ason@wileyrein.com

Attorneys for Plaintiff *Best Medical International, Inc.*

13207397.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 1, 2014, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's electronic case filing system. `Any other counsel of record will be served by first class mail.

                                                /s/  Anthony H. Son
                                          Anthony H. Son

13207397.1