IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEST MEDICAL INTERNATIONAL, INC.<br><br>          Plaintiff,<br><br>  vs.<br><br>ACCURAY, INC., a corporation;<br><br>          Defendant. | Case No. 2:10-CV-1043 (TFM) |

**MOTION FOR WITHDRAWAL OF MADISON C. JELLINS, JANICE A. CHRISTENSEN , AND JELLINS CHRISTENSEN LLP AS COUNSEL PURSUANT TO LOCAL CIVIL RULE 83.2**

  Madison C. Jellins, Janice A. Christensen and Jellins Christensen LLP (collectively "Movants), hereby move, pursuant to Local Rule of Civil Procedure 83.2, to withdraw as counsel for Defendant Accuray Incorporated ("Accuray"). Accuray will not be prejudiced by the withdrawal because Reed Smith LLP remains as counsel to Accuray in this action. Kirsten R. Rydstrom of Reed Smith LLP has acted as local counsel on behalf of Accuray since October 4, 2010. The Court granted the motions of John W. McCauley IV and David T. Pollock of Reed Smith LLP to appear *pro hac vice* on March 10 and March 20, 2014 respectively.

  The names and addresses of the succeeding attorneys are as follows:

| | |
|---|---|
| Kirsten R. Rydstrom<br>PA ID No. 76549<br>REED SMITH LLP<br>225 Fifth Avenue<br>Suite 1200<br>Pittsburgh, PA 15222<br>(412) 288-7284<br>(412) 288-3063 (fax)<br>krydstrom@reedsmith.com | David T. Pollock<br>John W. McCauley IV<br>REED SMITH LLP<br>101 Second Street<br>Suite 1800<br>San Francisco, CA 94105<br>(415) 543-8700<br>(415) 391-8269 (fax)<br>dpollock@reedsmith.com<br>jmccauley@reedsmith.com |

WHEREFORE, Defendant respectfully requests that the Court enter an order granting the withdrawal of counsel.

Dated this 3rd day of April, 2014.         By: /s/ *Madison C. Jellins*

Kirsten R. Rydstrom
PA ID No. 76549
REED SMITH LLP
225 Fifth Avenue
Suite 1200
Pittsburgh, PA 15222
(412) 288-7284
(412) 288-3063 (fax)
krydstrom@reedsmith.com

Madison C. Jellins
Jellins Christensen LLP
228 Hamilton Avenue
Third Floor
Palo Alto, CA 94301
(650) 241-0192
mjellins@jciplaw.com

Janice A. Christensen
Jellins Christensen LLP
50 Main Street
White Plains, NY 10606
(347) 394-5249
janice.christensen@alston.com

David T. Pollock
John W. McCauley IV
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105
(415) 543-8700
(415) 391-8269 (fax)
dpollock@reedsmith.com
jmccauley@reedsmith.com

*Attorneys for Defendant Accuray Incorporated*

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 3, 2014, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Western District of Pennsylvania, using the electronic case filing system of the court.  The electronic case filing system will send notification of such filing to all counsel of record.  Counsel may access such document using the Court's system.

          /s/ _Madison C. Jellins_____

          *Attorney for Defendant Accuray Incorporated*

Dated: April 3, 2014